UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES M. BLEDSOE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:16CV51 SNLJ ) |
| MARCUS CONSTRUCTION CO. LLC, et al., | ) ) ) ) |
| Defendants. | ) ) |

## MEMORANDUM and ORDER

This matter is before the Court on plaintiff's motion for a default judgment against each of the defendants (#8). The Clerk entered default against all three defendants on April 29, 2016 (#7). Plaintiff requests that the Court schedule this matter for a hearing to allow him to submit evidence in support of his damages (unpaid wages and liquidated damages) and his claim for statutory attorney's fees and costs. The Court declines to order a hearing at this time; instead, plaintiff may submit a memorandum, supported by affidavits and properly authenticated documentary evidence, to support his claim for damages. *See* Fed. R. Civ. P. 55(b)(2)(B) ("The court *may* conduct hearings…when…it needs to…determine the amount of damages" (emphasis added)); *Stephenson v. El-Batrawi*, 524 F.3d 907, 916 (8th Cir. 2008) ("The need for a hearing is within the sound discretion of the district court…").

1

IT IS HEREBY ORDERED that plaintiff's request for a hearing is DENIED without prejudice.

IT IS FURTHER ORDERED that plaintiff shall submit a memorandum, supporting affidavits, and any other properly authenticated evidence in support of his request for damages, attorney's fees, and costs by June 1, 2016.

Dated this 11th day of May, 2016.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE